COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        In the Interest of H.O., a Child

Appellate case number:    01-17-00633-CV

Trial court case number:    2016-00350J

Trial court:                         315th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The appellate records were completed in this case after the reporter's record was filed on September 11, 2017, which set appellant's brief due to be filed within 20 days, or by October 2, 2017. *See* TEX. R. APP. P. 38.6(a)(2). Although a supplemental clerk's record was filed on October 26, 2017, in compliance with a request from the Clerk of this Court, that record contained the trial court's order, signed on August 24, 2017, appointing William Thursland as counsel for appellant.

Because no appellant's brief was timely filed, the Clerk of this Court's October 27, 2017 notice warned appellant's counsel that the brief had not been timely filed and that it was due within ten days of that notice, or by November 6, 2017. On November 7, 2017, appellant's appointed counsel, William M. Thursland, filed this first unopposed motion for extension of time to file brief until December 4, 2017. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 10.5(b), 38.6(d).

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2016). The notice of appeal in this case was deemed timely filed on August 17, 2017, in the trial court from the August 17, 2017 decree for termination, by the pro se appellant, W.H.O., setting the 180-day compliance deadline for February 13, 2018. *See* TEX. R. APP. P. 26.1(b). Although this is appellant's counsel's first extension request and is unopposed, the accelerated schedule in parental termination cases requires greater compliance with briefing deadlines and greater scrutiny of extension requests. *See, e.g.*, TEX. R. APP. P. 28.4(b)(2) (stating that record extension

requests in parental termination cases may be granted by appellate court, but must not exceed 30 days cumulatively, absent extraordinary circumstances).

Appellant's counsel contends that an extension is needed because, among other reasons, he is currently preparing appellant's briefs in three other termination appeals and is set to begin a jury trial on November 14, 2017, all of which made him unable to complete appellant's brief on time. Accordingly, appellant's unopposed first motion for an extension of time to file appellant's brief is **GRANTED until December 4, 2017, but no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). If appellant's brief is not filed by **December 4, 2017**, this case may be abated for the trial court to hold a hearing and appellant's counsel, William M. Thursland, may be required to show cause why he should not be relieved of his duties after a finding of good cause is rendered by the court on the record. *See* TEX. FAM. CODE ANN. § 107.016(2) (West 2016).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
         ☑ Acting individually     ☐ Acting for the Court

Date: November 14, 2017